**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCARSO ENTERPRISES, INC., *et al.,* | ) | |
| | ) | CASE NO: |
| Plaintiffs, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| HONOR YOGA MANAGEMENT, LLC, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:**

1. Honor Yoga Management, LLC ("Honor Yoga"), Maria Parrella-Turco ("Parrella-Turco"), BodeTree, LLC ("BodeTree") and Matthew Ankrum ("Ankrum") are defendants in a civil action brought against them in Court of Common Pleas for Cuyahoga County, Ohio, captioned *Scarso Enterprises, Inc., et al. v. Honor Yoga Management, Inc., et al.,* Case No: CV 19 925274, on the docket of said Court. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in that action are attached.

2. The action was commenced by filing of the Complaint on November 15, 2019.

3. Defendants were served with the Complaint on or about November 22, 2019.

4. Plaintiffs are citizens of the State of Ohio and Defendants are citizens of States other than Ohio such that complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332.

5. The matter in controversy in this action exceeds the sum or value of $75,000.00, exclusive of interest and costs.

1

6.     Parrella-Turco, individually, and on behalf of the four members of Honor Yoga, none of which are citizens of the State of Ohio, and Honor Yoga, itself, has consented to the removal of this matter by BodeTree and Ankrum to the United States District Court for the Northern District of Ohio.

7.     This is a civil action within the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendants BodeTree and Ankrum hereby remove this action from the Court of Common Pleas for Cuyahoga County, Ohio, to this Court, pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

*/s/ Steven G. Janik*
STEVEN G. JANIK (0021934)
CRYSTAL L. MALUCHNIK (0077875)
JANIK L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, OH  44147-3521
(440) 838-7600 | (440) 838-7601 – Fax
Email: Steven.Janik@Janiklaw.com
       Crystal.Maluchnik@Janiklaw.com

*Attorneys for Defendants BodeTree, LLC and Matthew Ankrum*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, the foregoing was served, via email or regular U.S. Mail, postage prepaid, upon:

Christopher J. Zirke, Esq.
Mark M. Turner, Esq.
Maximilian A. Julian
The Gertsburg Law Firm Co., LPA
100 North Main Street, Suite 300
Chagrin Falls, Ohio  44022
Email: cz@gertsburglaw.com
        mt@gertsburglaw.com
        mj@gertsburglaw.com

*Attorneys for Plaintiffs*

Honor Yoga Management, LLC
59 Lawrencia Drive
Lawrenceville, New Jersey  08648

*Defendant*

Maria Parrella-Turco
59 Lawrencia Drive
Lawrenceville, New Jersey  08648

*Defendant*

/s/  Steven G. Janik
*One of the Attorneys for Defendants BodeTree, LLC and Matthew Ankrum*